# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17788-ELF

DAVID F O'CONNOR

406 TOWNSHIP RD

OXFORD, PA 19008

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAVID F O'CONNOR

406 TOWNSHIP RD

OXFORD, PA 19008

Counsel for debtor(s), by electronic notice only.

ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103

                /S/ William C. Miller

Date: 1/3/2018               _____

                           William C. Miller, Esquire
                           Chapter 13 Standing Trustee