UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
David F. O'Connor                                    Chapter: 13,
                                                     BANKRUPTCY NO: 17-17788-ELF

*****************************************************************

*Order*

*****************************************************************

    AND NOW, this _____ day of _____ 2018, upon consideration of Trustee's Motion, an Answer and a Hearing,

    IT IS HEREBY ORDERED

    That the Trustee's Motion be denied.

SO ORDERED                                           BY THE COURT

                                                                                                   _____
                                                                       U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
David F. O'Connor                                Chapter: 13,
                                                 BANKRUPTCY NO: 17-17788-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Debtor's Answer to The Trustee's Motion to Dismiss*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Debtor, by attorney, Allan K. Marshall, Esq. states the following:

1. Debtor is willing to appear for the 341 Meeting when re-scheduled.

2. Debtor has already mailed the trustee 1 payment. Deficiency, if any, shall be cured within 45 days.

WHEREFORE, Debtor prays that the court Deny the Trustee's Motion to Dismiss or continue this Hearing and for such additional or alternative relief as may be just and proper.

                                Respectfully Submitted,

                                /s/_____
                                Allan K. Marshall, Esq.
                                Attorney for Debtor
                                215-569-1904
                                1819 JFK Blvd # 400
                                Phila. PA 19103

February 1, 2018

**Certification of Service**
A copy of the above pleading is being electronically served.