**Verizon Pennsylvania LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 12/17/2017 | Advice #: | 39349561 |
| Pay End Date: | 12/30/2017   - On-Line Check - | Advice Date: | 12/29/2017 |

| David F O'Connor | Employee ID: | 1297811 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 406 Township Road | Mail Drop: | H00000000 | Marital Status: | Married | N/A |
| Oxford PA 19363 | Location: | 100 N Caln Rd | Allowances: | 9 | 0 |
| | Cycle Rate: | 3876.69 | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 12/17/2017-12/30/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,800.00 | 86,830.33 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 56.00 | 2,698.49 |
| Personal Leave | | | | 16.00 | 775.34 |
| Vacation | | | | 208.00 | 10,033.80 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 108,875.96 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.32 | 8,061.61 | 98,365.80 |
| Fed MED/EE | 53.20 | 3,668.92 | 1,500.37 | 103,473.88 |
| Fed OASDI/EE | 227.47 | 3,668.92 | 6,415.38 | 103,473.88 |
| PA Unempl EE | 2.71 | 3,876.70 | 76.21 | 108,875.96 |
| PA Withholdng | 112.51 | 3,664.70 | 3,173.28 | 103,364.16 |
| PA CALN TWP Withholdng | 54.97 | 3,664.70 | 1,550.45 | 103,364.16 |
| PA CALN LS Tax | 2.00 | 3,664.70 | 52.00 | 103,364.16 |
| Total: | 672.25 | | 20,829.30 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 5,108.08 |
| Before-Tax Medical | 138.15 | 3,591.90 |
| Health Care Spending Acct | 57.70 | 1,500.00 |
| Before-Tax Dental | 16.15 | 419.90 |
| Total: | 444.60 | 10,619.88 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 2,221.70 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,577.42 |
| Employee Supl Life | 31.90 | 829.40 |
| Long-Term Disability Ins | 22.15 | 575.90 |
| Charitable Deduction | 2.31 | 60.06 |
| Dependent AD&D--Sp/DP | 0.51 | 13.26 |
| Dependent Life - Child | 0.22 | 5.72 |
| Dependent AD&D - Child | 0.05 | 1.30 |
| Total: | 203.26 | 5,284.76 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 109.72 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.32 | 672.25 | 647.86 | 2,556.59 |
| YTD: | 108,875.96 | 98,365.80 | 20,829.30 | 15,904.64 | 72,142.02 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.59 |
| Total: | | 2,556.59 |

**MESSAGE:**
Regular Pay: 12/17/17-12/30/17. Exception Pay: 12/10/17-12/23/17.

**Verizon Pennsylvania LLC**
900 Race St
Philadelphia PA 19107
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 12/03/2017 | Advice #: | 39247372 |
| Pay End Date: | 12/16/2017   - On-Line Check - | Advice Date: | 12/15/2017 |

| David F O'Connor | Employee ID: | 1297811 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 406 Township Road | Mail Drop: | H00000000 | Marital Status: | Married | N/A |
| Oxford PA 19363 | Location: | 100 N Caln Rd | Allowances: | 9 | 0 |
| | Cycle Rate: | 3876.69 | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 12/03/2017-12/16/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,720.00 | 82,953.63 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 56.00 | 2,698.49 |
| Personal Leave | | | | 16.00 | 775.34 |
| Vacation | | | | 208.00 | 10,033.80 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 104,999.26 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.33 | 7,842.16 | 94,929.48 |
| Fed MED/EE | 53.20 | 3,668.93 | 1,447.17 | 99,804.96 |
| Fed OASDI/EE | 227.48 | 3,668.93 | 6,187.91 | 99,804.96 |
| PA Unempl EE | 2.71 | 3,876.70 | 73.50 | 104,999.26 |
| PA Withholdng | 112.51 | 3,664.71 | 3,060.83 | 99,699.46 |
| PA CALN TWP Withholdng | 54.97 | 3,664.71 | 1,495.48 | 99,699.46 |
| PA CALN LS Tax | 2.00 | 3,664.71 | 50.00 | 99,699.46 |
| Total: | 672.26 | | 20,157.05 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 4,875.48 |
| Before-Tax Medical | 138.15 | 3,453.75 |
| Health Care Spending Acct | 57.69 | 1,442.30 |
| Before-Tax Dental | 16.15 | 403.75 |
| Total: | 444.59 | 10,175.28 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 2,136.25 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,516.75 |
| Employee Supl Life | 31.90 | 797.50 |
| Long-Term Disability Ins | 22.15 | 553.75 |
| Charitable Deduction | 2.31 | 57.75 |
| Dependent AD&D-Sp/DP | 0.51 | 12.75 |
| Dependent Life - Child | 0.22 | 5.50 |
| Dependent AD&D - Child | 0.05 | 1.25 |
| Total: | 203.26 | 5,081.50 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 105.50 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.33 | 672.26 | 647.85 | 2,556.59 |
| YTD: | 104,999.26 | 94,929.48 | 20,157.05 | 15,256.78 | 69,585.43 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.59 |
| Total: | | 2,556.59 |

**MESSAGE:**
Regular Pay: 12/03/17-12/16/17. Exception Pay: 11/26/17-12/09/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 11/19/2017 | Advice #: | 39176125 |
| Pay End Date: | 12/02/2017  - On-Line Check - | Advice Date: | 12/01/2017 |

| David F O'Connor | Employee ID: | 1297811 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 406 Township Road | Mail Drop: | H00000000 | Marital Status: | Married | N/A |
| Oxford PA 19363 | Location: | 100 N Caln Rd | Allowances: | 9 | 0 |
| | Cycle Rate: | 3876.69 | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 11/19/2017-12/02/2017 | | | | | |
| Regular Pay | 48.458654 | 64.00 | 3,101.36 | 1,640.00 | 79,076.93 |
| Holiday | 48.458654 | 16.00 | 775.34 | 56.00 | 2,698.49 |
| **YTD HISTORY:** | | | | | |
| Personal Leave | | | | 16.00 | 775.34 |
| Vacation | | | | 208.00 | 10,033.80 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 101,122.56 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.33 | 7,622.77 | 91,493.15 |
| Fed MED/EE | 53.20 | 3,668.93 | 1,393.97 | 96,136.03 |
| Fed OASDI/EE | 227.47 | 3,668.93 | 5,960.43 | 96,136.03 |
| PA Unempl EE | 2.72 | 3,876.70 | 70.79 | 101,122.56 |
| PA Withholdng | 112.51 | 3,664.71 | 2,948.32 | 96,034.75 |
| PA CALN TWP Withholdng | 54.97 | 3,664.71 | 1,440.51 | 96,034.75 |
| PA CALN LS Tax | 2.00 | 3,664.71 | 48.00 | 96,034.75 |
| Total: | 672.26 | | 19,484.79 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 4,642.88 |
| Before-Tax Medical | 138.15 | 3,315.60 |
| Health Care Spending Acct | 57.69 | 1,384.61 |
| Before-Tax Dental | 16.15 | 387.60 |
| Total: | 444.59 | 9,730.69 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 2,050.80 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,456.08 |
| Employee Supl Life | 31.90 | 765.60 |
| Long-Term Disability Ins | 22.15 | 531.60 |
| Charitable Deduction | 2.31 | 55.44 |
| Dependent AD&D-Sp/DP | 0.51 | 12.24 |
| Dependent Life - Child | 0.22 | 5.28 |
| Dependent AD&D - Child | 0.05 | 1.20 |
| Total: | 203.26 | 4,878.24 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 101.28 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.33 | 672.26 | 647.85 | 2,556.59 |
| YTD: | 101,122.56 | 91,493.15 | 19,484.79 | 14,608.93 | 67,028.84 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.59 |
| Total: | | 2,556.59 |

**MESSAGE:**
Regular Pay: 11/19/17-12/02/17. Exception Pay: 11/12/17-11/25/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 11/05/2017 | Advice #: | 39119619 |
| Pay End Date: | 11/18/2017   - On-Line Check - | Advice Date: | 11/17/2017 |

| David F O'Connor | Employee ID: | 1297811 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 406 Township Road | Mail Drop: | H00000000 | Marital Status: | Married | N/A |
| Oxford PA 19363 | Location: | 100 N Caln Rd | Allowances: | 9 | 0 |
| | Cycle Rate: | 3876.69 | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 11/05/2017-11/18/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,576.00 | 75,975.57 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 40.00 | 1,923.15 |
| Personal Leave | | | | 16.00 | 775.34 |
| Vacation | | | | 208.00 | 10,033.80 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 97,245.86 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.32 | 7,403.38 | 88,056.82 |
| Fed MED/EE | 53.20 | 3,668.92 | 1,340.77 | 92,467.10 |
| Fed OASDI/EE | 227.47 | 3,668.92 | 5,732.96 | 92,467.10 |
| PA Unempl EE | 2.71 | 3,876.70 | 68.07 | 97,245.86 |
| PA Withholdng | 112.51 | 3,664.70 | 2,835.81 | 92,370.04 |
| PA CALN TWP Withholdng | 54.97 | 3,664.70 | 1,385.54 | 92,370.04 |
| PA CALN LS Tax | 2.00 | 3,664.70 | 46.00 | 92,370.04 |
| Total: | 672.25 | | 18,812.53 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 4,410.28 |
| Before-Tax Medical | 138.15 | 3,177.45 |
| Health Care Spending Acct | 57.70 | 1,326.92 |
| Before-Tax Dental | 16.15 | 371.45 |
| Total: | 444.60 | 9,286.10 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,965.35 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,395.41 |
| Employee Supl Life | 31.90 | 733.70 |
| Long-Term Disability Ins | 22.15 | 509.45 |
| Charitable Deduction | 2.31 | 53.13 |
| Dependent AD&D-Sp/DP | 0.51 | 11.73 |
| Dependent Life - Child | 0.22 | 5.06 |
| Dependent AD&D - Child | 0.05 | 1.15 |
| Total: | 203.26 | 4,674.98 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 97.06 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.32 | 672.25 | 647.86 | 2,556.59 |
| YTD: | 97,245.86 | 88,056.82 | 18,812.53 | 13,961.08 | 64,472.25 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.59 |
| Total: | | 2,556.59 |

**MESSAGE:**
Regular Pay: 11/05/17-11/18/17. Exception Pay: 10/29/17-11/11/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| | |
|---|---|
| Pay Group: | B8 - Biweekly Management |
| Pay Begin Date: | 10/22/2017 |
| Pay End Date: | 11/04/2017   - On-Line Check - |
| Advice #: | 39026008 |
| Advice Date: | 11/03/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| | |
|---|---|
| Employee ID: | 1297811 |
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 9 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 10/22/2017-11/04/2017 | | | | | |
| Regular Pay | 48.458654 | 72.00 | 3,489.03 | 1,496.00 | 72,098.87 |
| Vacation | 48.458654 | 8.00 | 387.67 | 208.00 | 10,033.80 |
| **PRIOR PAY PERIOD:** | | | | | |
| 10/15/2017-10/21/2017 | | | | | |
| Regular Pay | 48.458654 | -16.00 | -775.34 | | |
| Vacation | 48.458654 | 16.00 | 775.34 | | |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 40.00 | 1,923.15 |
| Personal Leave | | | | 16.00 | 775.34 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 93,369.16 |

## TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.32 | 7,183.99 | 84,620.50 |
| Fed MED/EE | 53.20 | 3,668.92 | 1,287.57 | 88,798.18 |
| Fed OASDI/EE | 227.48 | 3,668.92 | 5,505.49 | 88,798.18 |
| PA Unempl EE | 2.72 | 3,876.70 | 65.36 | 93,369.16 |
| PA Withholdng | 112.51 | 3,664.70 | 2,723.30 | 88,705.34 |
| PA CALN TWP Withholdng | 54.97 | 3,664.70 | 1,330.57 | 88,705.34 |
| PA CALN LS Tax | 2.00 | 3,664.70 | 44.00 | 88,705.34 |
| Total: | 672.27 | | 18,140.28 | |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 4,177.68 |
| Before-Tax Medical | 138.15 | 3,039.30 |
| Health Care Spending Acct | 57.70 | 1,269.22 |
| Before-Tax Dental | 16.15 | 355.30 |
| Total: | 444.60 | 8,841.50 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,879.90 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,334.74 |
| Employee Supl Life | 31.90 | 701.80 |
| Long-Term Disability Ins | 22.15 | 487.30 |
| Charitable Deduction | 2.31 | 50.82 |
| Dependent AD&D-Sp/DP | 0.51 | 11.22 |
| Dependent Life - Child | 0.22 | 4.84 |
| Dependent AD&D - Child | 0.05 | 1.10 |
| Total: | 203.26 | 4,471.72 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 92.84 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.32 | 672.27 | 647.86 | 2,556.57 |
| YTD: | 93,369.16 | 84,620.50 | 18,140.28 | 13,313.22 | 61,915.66 |

## NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.57 |
| Total: | | 2,556.57 |

**MESSAGE:**
Regular Pay: 10/22/17-11/04/17. Exception Pay: 10/15/17-10/28/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| | |
|---|---|
| Pay Group: | B8 - Biweekly Management |
| Pay Begin Date: | 10/08/2017 |
| Pay End Date: | 10/21/2017  - On-Line Check - |
| Advice #: | 38950526 |
| Advice Date: | 10/20/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| | |
|---|---|
| Employee ID: | 1297811 |
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 9 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 10/08/2017-10/21/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,440.00 | 69,385.18 |
| **PRIOR PAY PERIOD:** | | | | | |
| 10/01/2017-10/07/2017 | | | | | |
| Regular Pay | 48.458654 | -16.00 | -775.34 | | |
| Vacation | 48.458654 | 16.00 | 775.34 | 184.00 | 8,870.79 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 40.00 | 1,923.15 |
| Personal Leave | | | | 16.00 | 775.34 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 89,492.46 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.32 | 6,964.60 | 81,184.18 |
| Fed MED/EE | 53.20 | 3,668.92 | 1,234.37 | 85,129.26 |
| Fed OASDI/EE | 227.47 | 3,668.92 | 5,278.01 | 85,129.26 |
| PA Unempl EE | 2.71 | 3,876.70 | 62.64 | 89,492.46 |
| PA Withholdng | 112.51 | 3,664.70 | 2,610.79 | 85,040.64 |
| PA CALN TWP Withholdng | 54.97 | 3,664.70 | 1,275.60 | 85,040.64 |
| PA CALN LS Tax | 2.00 | 3,664.70 | 42.00 | 85,040.64 |
| Total: | 672.25 | | 17,468.01 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 3,945.08 |
| Before-Tax Medical | 138.15 | 2,901.15 |
| Health Care Spending Acct | 57.70 | 1,211.52 |
| Before-Tax Dental | 16.15 | 339.15 |
| Total: | 444.60 | 8,396.90 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,794.45 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,274.07 |
| Employee Supl Life | 31.90 | 669.90 |
| Long-Term Disability Ins | 22.15 | 465.15 |
| Charitable Deduction | 2.31 | 48.51 |
| Dependent AD&D-Sp/DP | 0.51 | 10.71 |
| Dependent Life - Child | 0.22 | 4.62 |
| Dependent AD&D - Child | 0.05 | 1.05 |
| Total: | 203.26 | 4,268.46 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 88.62 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.32 | 672.25 | 647.86 | 2,556.59 |
| YTD: | 89,492.46 | 81,184.18 | 17,468.01 | 12,665.36 | 59,359.09 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.59 |
| Total: | | 2,556.59 |

**MESSAGE:**
Regular Pay: 10/08/17-10/21/17. Exception Pay: 10/01/17-10/14/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | Advice #: | 38895168 |
|---|---|---|---|---|
| Pay Begin Date: | 09/24/2017 | | | |
| Pay End Date: | 10/07/2017 | - On-Line Check - | Advice Date: | 10/06/2017 |

| David F O'Connor | Employee ID: | 1297811 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 406 Township Road | Mail Drop: | H00000000 | Marital Status: | Married | N/A |
| Oxford PA 19363 | Location: | 100 N Caln Rd | Allowances: | 9 | 0 |
| | Cycle Rate: | 3876.69 | Addl. Pct.: | 0 | 0 |
| | | | Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/24/2017-10/07/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,376.00 | 66,283.82 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 40.00 | 1,923.15 |
| Personal Leave | | | | 16.00 | 775.34 |
| Vacation | | | | 168.00 | 8,095.45 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 85,615.76 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.32 | 6,745.21 | 77,747.86 |
| Fed MED/EE | 53.19 | 3,668.92 | 1,181.17 | 81,460.34 |
| Fed OASDI/EE | 227.47 | 3,668.92 | 5,050.54 | 81,460.34 |
| PA Unempl EE | 2.71 | 3,876.70 | 59.93 | 85,615.76 |
| PA Withholdng | 112.51 | 3,664.70 | 2,498.28 | 81,375.94 |
| PA CALN TWP Withholdng | 54.97 | 3,664.70 | 1,220.63 | 81,375.94 |
| PA CALN LS Tax | 2.00 | 3,664.70 | 40.00 | 81,375.94 |
| Total: | 672.24 | | 16,795.76 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 3,712.48 |
| Before-Tax Medical | 138.15 | 2,763.00 |
| Health Care Spending Acct | 57.70 | 1,153.82 |
| Before-Tax Dental | 16.15 | 323.00 |
| Total: | 444.60 | 7,952.30 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,709.00 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,213.40 |
| Employee Supl Life | 31.90 | 638.00 |
| Long-Term Disability Ins | 22.15 | 443.00 |
| Charitable Deduction | 2.31 | 46.20 |
| Dependent AD&D-Sp/DP | 0.51 | 10.20 |
| Dependent Life - Child | 0.22 | 4.40 |
| Dependent AD&D - Child | 0.05 | 1.00 |
| Total: | 203.26 | 4,065.20 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 84.40 |
| *Taxable | | |

### TOTAL

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.32 | 672.24 | 647.86 | 2,556.60 |
| YTD: | 85,615.76 | 77,747.86 | 16,795.76 | 12,017.50 | 56,802.50 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.60 |
| Total: | | 2,556.60 |

**MESSAGE:**
Regular Pay: 09/24/17-10/07/17. Exception Pay: 09/17/17-09/30/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| | |
|---|---|
| Pay Group: | B8 - Biweekly Management |
| Pay Begin Date: | 09/10/2017 |
| Pay End Date: | 09/23/2017 - On-Line Check - |
| Advice #: | 38829434 |
| Advice Date: | 09/22/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| | |
|---|---|
| Employee ID: | 1297811 |
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 9 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 09/10/2017-09/23/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,296.00 | 62,407.12 |
| **PRIOR PAY PERIOD:** | | | | | |
| 09/03/2017-09/09/2017 | | | | | |
| Regular Pay | 48.458654 | -8.00 | -387.67 | | |
| Holiday | 48.458654 | 8.00 | 387.67 | 40.00 | 1,923.15 |
| **YTD HISTORY:** | | | | | |
| Personal Leave | | | | 16.00 | 775.34 |
| Vacation | | | | 168.00 | 8,095.45 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 81,739.06 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.32 | 6,525.82 | 74,311.54 |
| Fed MED/EE | 53.20 | 3,668.92 | 1,127.98 | 77,791.42 |
| Fed OASDI/EE | 227.47 | 3,668.92 | 4,823.07 | 77,791.42 |
| PA Unempl EE | 2.72 | 3,876.70 | 57.22 | 81,739.06 |
| PA Withholdng | 112.51 | 3,664.70 | 2,385.77 | 77,711.24 |
| PA CALN TWP Withholdng | 54.97 | 3,664.70 | 1,165.66 | 77,711.24 |
| PA CALN LS Tax | 2.00 | 3,664.70 | 38.00 | 77,711.24 |
| Total: | 672.26 | | 16,123.52 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 3,479.88 |
| Before-Tax Medical | 138.15 | 2,624.85 |
| Health Care Spending Acct | 57.70 | 1,096.12 |
| Before-Tax Dental | 16.15 | 306.85 |
| Total: | 444.60 | 7,507.70 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,623.55 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,152.73 |
| Employee Supl Life | 31.90 | 606.10 |
| Long-Term Disability Ins | 22.15 | 420.85 |
| Charitable Deduction | 2.31 | 43.89 |
| Dependent AD&D-Sp/DP | 0.51 | 9.69 |
| Dependent Life - Child | 0.22 | 4.18 |
| Dependent AD&D - Child | 0.05 | 0.95 |
| Total: | 203.26 | 3,861.94 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 80.18 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.32 | 672.26 | 647.86 | 2,556.58 |
| YTD: | 81,739.06 | 74,311.54 | 16,123.52 | 11,369.64 | 54,245.90 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.58 |
| Total: | | 2,556.58 |

**MESSAGE:**
Regular Pay: 09/10/17-09/23/17. Exception Pay: 09/03/17-09/16/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 08/27/2017 | Advice #: | 38745274 |
| Pay End Date: | 09/09/2017  - On-Line Check - | Advice Date: | 09/08/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| Employee ID: | 1297811 |
|---|---|
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 9 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 08/27/2017-09/09/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,224.00 | 58,918.09 |
| **PRIOR PAY PERIOD:** | | | | | |
| 08/20/2017-08/26/2017 | | | | | |
| Regular Pay | 48.458654 | -16.00 | -775.34 | | |
| Personal Leave | 48.458654 | 16.00 | 775.34 | 16.00 | 775.34 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 32.00 | 1,535.48 |
| Vacation | | | | 168.00 | 8,095.45 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 77,862.36 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 219.39 | 3,436.33 | 6,306.43 | 70,875.22 |
| Fed MED/EE | 53.20 | 3,668.93 | 1,074.78 | 74,122.50 |
| Fed OASDI/EE | 227.48 | 3,668.93 | 4,595.60 | 74,122.50 |
| PA Unempl EE | 2.71 | 3,876.70 | 54.50 | 77,862.36 |
| PA Withholdng | 112.51 | 3,664.71 | 2,273.26 | 74,046.54 |
| PA CALN TWP Withholdng | 54.97 | 3,664.71 | 1,110.69 | 74,046.54 |
| PA CALN LS Tax | 2.00 | 3,664.71 | 36.00 | 74,046.54 |
| Total: | 672.26 | | 15,451.26 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 3,247.28 |
| Before-Tax Medical | 138.15 | 2,486.70 |
| Health Care Spending Acct | 57.69 | 1,038.42 |
| Before-Tax Dental | 16.15 | 290.70 |
| Total: | 444.59 | 7,063.10 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,538.10 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,092.06 |
| Employee Supl Life | 31.90 | 574.20 |
| Long-Term Disability Ins | 22.15 | 398.70 |
| Charitable Deduction | 2.31 | 41.58 |
| Dependent AD&D-Sp/DP | 0.51 | 9.18 |
| Dependent Life - Child | 0.22 | 3.96 |
| Dependent AD&D - Child | 0.05 | 0.90 |
| Total: | 203.26 | 3,658.68 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 75.96 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.33 | 672.26 | 647.85 | 2,556.59 |
| YTD: | 77,862.36 | 70,875.22 | 15,451.26 | 10,721.78 | 51,689.32 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,706.59 |
| Total: | | 2,556.59 |

**MESSAGE:**
Regular Pay: 08/27/17-09/09/17. Exception Pay: 08/20/17-09/02/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| Pay Group: | B8 - Biweekly Management | | |
|---|---|---|---|
| Pay Begin Date: | 08/13/2017 | Advice #: | 38654497 |
| Pay End Date: | 08/26/2017   - On-Line Check - | Advice Date: | 08/25/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| Employee ID: | 1297811 |
|---|---|
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 08/13/2017-08/26/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,160.00 | 55,816.73 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 32.00 | 1,535.48 |
| Vacation | | | | 168.00 | 8,095.45 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 73,985.66 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 448.12 | 3,436.33 | 6,087.04 | 67,438.89 |
| Fed MED/EE | 53.20 | 3,668.93 | 1,021.58 | 70,453.57 |
| Fed OASDI/EE | 227.47 | 3,668.93 | 4,368.12 | 70,453.57 |
| PA Unempl EE | 2.71 | 3,876.70 | 51.79 | 73,985.66 |
| PA Withholdng | 112.51 | 3,664.71 | 2,160.75 | 70,381.83 |
| PA CALN TWP Withholdng | 54.97 | 3,664.71 | 1,055.72 | 70,381.83 |
| PA CALN LS Tax | 2.00 | 3,664.71 | 34.00 | 70,381.83 |
| Total: | 900.98 | | 14,779.00 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 3,014.68 |
| Before-Tax Medical | 138.15 | 2,348.55 |
| Health Care Spending Acct | 57.69 | 980.73 |
| Before-Tax Dental | 16.15 | 274.55 |
| Total: | 444.59 | 6,618.51 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,452.65 |
| 90276 Sav Plan Loan 2A | 60.67 | 1,031.39 |
| Employee Supl Life | 31.90 | 542.30 |
| Long-Term Disability Ins | 22.15 | 376.55 |
| Charitable Deduction | 2.31 | 39.27 |
| Dependent AD&D–Sp/DP | 0.51 | 8.67 |
| Dependent Life - Child | 0.22 | 3.74 |
| Dependent AD&D - Child | 0.05 | 0.85 |
| Total: | 203.26 | 3,455.42 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 71.74 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.33 | 900.98 | 647.85 | 2,327.87 |
| YTD: | 73,985.66 | 67,438.89 | 14,779.00 | 10,073.93 | 49,132.73 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,477.87 |
| Total: | | 2,327.87 |

**MESSAGE:**
Regular Pay: 08/13/17-08/26/17. Exception Pay: 08/06/17-08/19/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| | |
|---|---|
| Pay Group: | B8 - Biweekly Management |
| Pay Begin Date: | 07/30/2017 |
| Pay End Date: | 08/12/2017 - On-Line Check - |
| Advice #: | 38582633 |
| Advice Date: | 08/11/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| | |
|---|---|
| Employee ID: | 1297811 |
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 07/30/2017-08/12/2017 | | | | | |
| Regular Pay | 48.458654 | 80.00 | 3,876.70 | 1,080.00 | 51,940.03 |
| **YTD HISTORY:** | | | | | |
| Holiday | | | | 32.00 | 1,535.48 |
| Vacation | | | | 168.00 | 8,095.45 |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 70,108.96 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 448.12 | 3,436.33 | 5,638.92 | 64,002.56 |
| Fed MED/EE | 53.20 | 3,668.93 | 968.38 | 66,784.64 |
| Fed OASDI/EE | 227.48 | 3,668.93 | 4,140.65 | 66,784.64 |
| PA Unempl EE | 2.72 | 3,876.70 | 49.08 | 70,108.96 |
| PA Withholdng | 112.51 | 3,664.71 | 2,048.24 | 66,717.12 |
| PA CALN TWP Withholdng | 54.97 | 3,664.71 | 1,000.75 | 66,717.12 |
| PA CALN LS Tax | 2.00 | 3,664.71 | 32.00 | 66,717.12 |
| Total: | 901.00 | | 13,878.02 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 2,782.08 |
| Before-Tax Medical | 138.15 | 2,210.40 |
| Health Care Spending Acct | 57.69 | 923.04 |
| Before-Tax Dental | 16.15 | 258.40 |
| Total: | 444.59 | 6,173.92 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,367.20 |
| 90276 Sav Plan Loan 2A | 60.67 | 970.72 |
| Employee Supl Life | 31.90 | 510.40 |
| Long-Term Disability Ins | 22.15 | 354.40 |
| Charitable Deduction | 2.31 | 36.96 |
| Dependent AD&D-Sp/DP | 0.51 | 8.16 |
| Dependent Life - Child | 0.22 | 3.52 |
| Dependent AD&D - Child | 0.05 | 0.80 |
| Total: | 203.26 | 3,252.16 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 67.52 |

*Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.33 | 901.00 | 647.85 | 2,327.85 |
| YTD: | 70,108.96 | 64,002.56 | 13,878.02 | 9,426.08 | 46,804.86 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,477.85 |
| Total: | | 2,327.85 |

**MESSAGE:**
Regular Pay: 07/30/17-08/12/17. Exception Pay: 07/23/17-08/05/17.

**Verizon Pennsylvania LLC**
1717 Arch Street
Philadelphia PA 19103
1-800-932-7947

| | |
|---|---|
| Pay Group: | B8 - Biweekly Management |
| Pay Begin Date: | 07/02/2017 |
| Pay End Date: | 07/15/2017    - On-Line Check - |
| Advice #: | 38451491 |
| Advice Date: | 07/14/2017 |

David F O'Connor
406 Township Road
Oxford PA 19363

| | |
|---|---|
| Employee ID: | 1297811 |
| Mail Drop: | H00000000 |
| Location: | 100 N Caln Rd |
| Cycle Rate: | 3876.69 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | 0 | 0 |
| Addl. Pct.: | 0 | 0 |
| Addl. Amt.: | 0 | 0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| **CURRENT PAY PERIOD:** | | | | | |
| 07/02/2017-07/15/2017 | | | | | |
| Regular Pay | 48.458654 | 64.00 | 3,101.36 | 952.00 | 45,737.31 |
| Holiday | 48.458654 | 8.00 | 387.67 | 32.00 | 1,535.48 |
| Vacation | 48.458654 | 8.00 | 387.67 | 136.00 | 6,544.77 |
| **YTD HISTORY:** | | | | | |
| Incentive Pay | | | | | 8,538.00 |
| Total: | | | 3,876.70 | | 62,355.56 |

### TAXES

| Description | Current | Tax Gross Cur | YTD | Tax Gross YTD |
|---|---|---|---|---|
| Fed Withholdng | 448.12 | 3,436.33 | 4,742.68 | 57,129.90 |
| Fed MED/EE | 53.20 | 3,668.93 | 861.98 | 59,446.78 |
| Fed OASDI/EE | 227.47 | 3,668.93 | 3,685.70 | 59,446.78 |
| PA Unempl EE | 2.71 | 3,876.70 | 43.65 | 62,355.56 |
| PA Withholdng | 112.51 | 3,664.71 | 1,823.22 | 59,387.70 |
| PA CALN TWP Withholdng | 54.97 | 3,664.71 | 890.81 | 59,387.70 |
| PA CALN LS Tax | 2.00 | 3,664.71 | 28.00 | 59,387.70 |
| Total: | 900.98 | | 12,076.04 | |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Basic Savings Plan | 232.60 | 2,316.88 |
| Before-Tax Medical | 138.15 | 1,934.10 |
| Health Care Spending Acct | 57.69 | 807.66 |
| Before-Tax Dental | 16.15 | 226.10 |
| Total: | 444.59 | 5,284.74 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Sav Plan Loan 1A | 85.45 | 1,196.30 |
| 90276 Sav Plan Loan 2A | 60.67 | 849.38 |
| Employee Supl Life | 31.90 | 446.60 |
| Long-Term Disability Ins | 22.15 | 310.10 |
| Charitable Deduction | 2.31 | 32.34 |
| Dependent AD&D–Sp/DP | 0.51 | 7.14 |
| Dependent Life - Child | 0.22 | 3.08 |
| Dependent AD&D - Child | 0.05 | 0.70 |
| Total: | 203.26 | 2,845.64 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Taxable Grp Life Imptd Inc* | 4.22 | 59.08 |
| *Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 3,876.70 | 3,436.33 | 900.98 | 647.85 | 2,327.87 |
| YTD: | 62,355.56 | 57,129.90 | 12,076.04 | 8,130.38 | 42,149.14 |

### NET PAY DISTRIBUTION

| | | |
|---|---|---|
| Checking Acct# | XXXXXX0180 | 700.00 |
| Checking Acct# | XXXXXX9862 | 150.00 |
| Checking Acct# | XXXXXX0508 | 1,477.87 |
| Total: | | 2,327.87 |

**MESSAGE:**
Regular Pay: 07/02/17-07/15/17. Exception Pay: 06/25/17-07/08/17.