UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
David F. O'Connor                          Chapter: 13,
                                           BANKRUPTCY NO: 17-17788-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Debtor's Praecipe to Withdraw the Ch. 13 Case**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to 11 U.S.C. 1307 (b) please mark the above Chapter 13 case as voluntarily withdrawn by the debtor.

Respectfully Submitted,

/a/_____
Allan K. Marshall, Esq.
Attorney for the Debtor
215-569-1904
1819 JFK Blvd #400
Phila. PA 19103
Phone: (215)-569-1904

March 22, 2018

***Certification of Service***

Copy being E-mailed to:
Chapter #13 Trustee