UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
David F. O'Connor                                    Chapter: 13,
                                                     BANKRUPTCY NO: 17-17788-ELF

*************************************************************************

**Order to Recognize**
**Debtor's Praecipe to Withdraw the Ch. 13 Case**

*************************************************************************

　　　AND NOW, this _____ day of _____ 2018 upon consideration of the Debtor's Praecipe to Withdraw the Ch. 13 Case ,

　　　IT IS HEREBY ORDERED

　　　That The Clerk of the Court shall mark the case as voluntarily withdrawn.


SO ORDERED                                           BY THE COURT

                                                     _____
                                                     U.S. BANKRUPTCY JUDGE