United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17788-elf
David F O'Connor                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia           Page 1 of 1          Date Rcvd: Mar 26, 2018
                              Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
```
db            +David F O'Connor,    406 Township Rd,    Oxford, PA 19363-1294
14015370      +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
               Cleveland, OH 44122-5662
14015372      +KML Law Group,    Sh. Sale in pennsylvain Dept,    701 Market St #5000,
               Philadelphia, PA 19106-1541
14015373      +Lisa Ann O'Connor,    406 Townshp Rd,    Oxford, PA 19363-1294
14024526      +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty Nationstar Mortgage LLLC,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14015374      +Meridian Financial Svc,    1636 Hendersonville Rd S,    Asheville, NC 28803-3057
14015375      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
               Coppell, TX 75019-4620
14061788      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14015376      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 27 2018 02:16:49     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2018 02:16:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 27 2018 02:16:43     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14021883       E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2018 02:15:41     Ally Capital,    PO Box 130424,
               Roseville MN 55113-0004
14015368      +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2018 02:15:41     Ally Financial,
               Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14015369      +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Mar 27 2018 02:16:55     Collection Center,
               Attn Collections/Bankruptcy,    Po Box 8666,    Lancaster, PA 17604-8666
14015371       E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 02:16:27     IRS,    Bankruptcy Dept,
               Atlanta, GA 39901
                                                                                              TOTAL: 7
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
```
              ALLAN K. MARSHALL    on behalf of Debtor David F O'Connor akm6940@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               KMcDonald@blankrome.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     DAVID F O'CONNOR, | : | |
| | : | |
|     Debtor | : | Bky. No. 17-17788 ELF |

# O R D E R   D I S M I S S I N G   C H A P T E R   13   C A S E

**AND NOW**, the Debtor having filed a Praecipe to Dismiss Case (which shall be treated as a Motion filed under 11 U.S.C. § 1307(b), Fed. R. Bankr. P. 1017(f) and 9013), requesting dismissal of this case and the court having considered the record and finding that the case has not been converted previously under 11 U.S.C. § 706, 1112 or § 1208,

It is hereby **ORDERED** that any wage orders presently in effect are **VACATED** and this case is **DISMISSED**.

**Date: March 26, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE